1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant, HERNANDEZ-LARA
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11                                    )
   UNITED STATES OF AMERICA,          )    No. CR 11-00900-EJD
12                                     )
                 Plaintiff,            )    **STIPULATION TO CONTINUE**
13                                     )    **SENTENCING HEARING; [PROPOSED]**
   vs.                                 )    **ORDER**
14                                     )
   MARCO HERNANDEZ-LARA,               )
15                                     )
                 Defendant.            )
16  _____

17        Plaintiff United States of America, by and through Special Assistant United States

18  Attorney Meredith Edwards, and Defendant MARCO HERNANDEZ-LARA ("Mr. Hernandez"),

19  by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby

20  stipulate that the sentencing hearing in this case should be continued from April 22, 2013, to

21  June 24, 2013, at 1:30 p.m.

22        1.  On December 7, 2011, Mr. Hernandez was charged in a single count indictment with a

23  violation of 8 U.S.C. § 1326 (a) and (b).

24        2.  Following plea negotiations with the United States, Mr. Hernandez elected to decline

25  the offer of a fast-track plea disposition and on January 29, 2013, he changed his plea to guilty

26  before this Honorable Court. The sentencing hearing was scheduled for April 22, 2013.

1        3.  Counsel for Mr. Hernandez has missed a great deal of time from work during the last

2   three or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a

3   result, Counsel has not been able to prepare and file objections to the draft Presentence Report

4   ("PSR") or a sentencing position paper on Mr. Hernandez' behalf.

5        4.  Additionally, the case was only recently reassigned to Special Assistant United States

6   Attorney Meredith Edwards, following the departure from the United States Attorney's Office of

7   previous government counsel, and she needs adequate time to familiarize herself with the case

8   and to prepare for sentencing.

9        5.  Accordingly, the parties respectfully request that the sentencing hearing be continued

10  from April 22, 2013, to June 24, 2013, at 1:30 p.m.

11        IT IS SO STIPULATED.

12                                              Respectfully submitted,

13                                              STEVEN G. KALAR
                                                Federal Public Defender
14

15
                                                /S/ _____
16  Dated: April 5, 2013                        ROBERT M. CARLIN
                                                Assistant Federal Public Defender
17

18                                              UNITED STATES ATTORNEY

19

20  Dated: April 5, 2013                        /S/_____
                                                MEREDITH EDWARDS
21                                              Special Assistant United States Attorney

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 11-00900-EJD                                2

1   STEVEN G. KALAR
Federal Public Defender
2   ROBERT M. CARLIN
Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4   Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org
5
Counsel for Defendant, HERNANDEZ-LARA
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11                                          )
UNITED STATES OF AMERICA,          )   No. CR 11-00900-EJD
12                                          )
                    Plaintiff,      )   **[PROPOSED] ORDER ON**
13                                          )   **STIPULATION TO CONTINUE**
vs.                                 )   **SENTENCING HEARING**
14                                          )
MARCO HERNANDEZ-LARA,              )
15                                          )
                    Defendant.      )
16   _____

17        1.  On December 7, 2011, Mr. Hernandez was charged in a single count indictment with a

18   violation of 8 U.S.C. § 1326 (a) and (b).

19        2.  Following plea negotiations with the United States, Mr. Hernandez elected to decline

20   the offer of a fast-track plea disposition and on January 29, 2013, he changed his plea to guilty

21   before this Honorable Court. The sentencing hearing was scheduled for April 22, 2013.

22        3.  Counsel for Mr. Hernandez has missed a great deal of time from work during the last

23   three or more weeks, due to the sickness of a child that culminated in a hospital admission.  As a

24   result, Counsel has not been able to prepare and file objections to the draft Presentence Report

25   ("PSR") or a sentencing position paper on Mr. Hernandez' behalf.

26   ///

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 11-00900-EJD                      3

1    4. Additionally, the case was only recently reassigned to Special Assistant United States

2 Attorney Meredith Edwards, following the departure from the United States Attorney's Office of

3 previous government counsel, and she needs adequate time to familiarize herself with the case

4 and to prepare for sentencing.

5    5. For the above stated reasons, the sentencing hearing shall be continued to June 24,

6 2013, at 1:30 p.m.

7    IT IS SO ORDERED.

8

9 Dated: _____4/5/2013_____

HON. EDWARD J. DAVILA
10    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
CR 11-00900-EJD                                    4